PROB 12B
(7/93)

**United States District Court**

for the

**Western District of Tennessee**

FILED BY _____ , D.C.

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

05 DEC -8 PM 1: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Name of Offender:   Angela NICHOLSON        Case Number: 03-20022-4-B

Name of Sentencing Judicial Officer:  Honorable J. Daniel Breen, U.S. District Court Judge

Date of Original Sentence: February 12, 2004

Original Offense:   Conspiracy to Manufacture Methamphetamine, 21 U.S.C. § 846

Original Sentence:   Eighteen (18) months custody of the Bureau of Prisons, to be followed by a two (2) year term of supervised release.

Type of Supervision: Supervised Release - 2 years        Date Supervision Commenced:  December 6, 2004

---

**PETITIONING THE COURT**

[   ]   To extend the term of supervision for_ years, for a total term of _ years.
[ X ]   To modify the conditions of supervision as follows:

**Angela Nicholson will reside at the Community Sanction Center (CSC), Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Mississippi for a period of two (2) months. Angela Nicholson shall make monthly restitution payments and submit Monthly Supervision Reports while residing at the CSC. While a resident of the CSC, Nicholson will abide by all the conditions of Supervised Release and follow the rules of the CSC staff.**

**CAUSE**

This modification is in response to Nicholson's failure to make restitution payments for the months of June, July, August, October, and November 2005.  Nicholson also failed to report a change of address.

Respectfully submitted,

by _Chris Counts_

Martha S. Gardner, Supervising
U.S. Probation Officer
Date:   11/30/05

Chris Counts
U.S. Probation Officer
Date: 11-28-2005

---

THE COURT ORDERS:

[   ]   No Action
[   ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[   ]   Other

Signature of Judicial Officer

Date  12/8/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 32(b) FRCrP on 12-8-05

(142)

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF TENNESSEE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Angela Nicholson will reside at the Community Sanction Center (CSC), Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Mississippi for a period of two (2) months. This modification is in response to Nicholson's failure to make restitution payments for the months of June, July, August, October, and November 2005. Nicholson also failed to report a change of address. Angela Nicholson shall make monthly restitution payments and submit Monthly Supervision Reports while residing at the CSC. While a resident of the CSC, Nicholson will abide by all the conditions of Supervised Release and follow the rules of the  CSC staff.**

Witness: _____          Signed _____
U.S. Probation Officer                                    Probationer of Supervised Releasee
Chris Counts                                                   Angela Nicholson

**November 16, 2004**
DATE

_____
J. DANIEL BREEN
U.S. DISTRICT JUDGE

12/8/05
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:03-CR-20022 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT